# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN DARRELL MILLER (02),<br>TOSHA RAE BATTY(03),<br><br>　　　　Defendants. | Case No: 17cr0042-JM<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION/ TRIAL SETTING HEARING** |

Upon joint motion of the parties (Doc. No.　), IT IS HEREBY ORDERED that for good cause shown, the Motion/Trial Setting Hearing currently scheduled for April 6, 2018 be continued to ***June 15, 2018, at 11 a.m.***

For the reasons set forth in the motion, time is excluded under 18 U.S.C. § 3161(h)(1)(D). Both Defendants shall submit Acknowledgment of Future Court Date not later than April 16, 2018.

IT IS SO ORDERED.

DATED: April 4, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　United States District Judge